FILED

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
2014 MAR 11 P 12: 01

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In re:  Jeffrey S. Siegel and Sheila Siegel

Case No.   10-78281-PJS

Chapter     7

## APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

The undersigned,  FDIC as Receiver for Fidelity Bank          , applies to the
Bankruptcy Court for the Eastern District of Michigan for entry of an order directing the
Clerk of the Court to remit to the applicant the sum of $ 13,647.50                     , said
funds having been deposited into the Treasury of the United States pursuant to an
order of the Court as unclaimed funds for creditor  FDIC as Receiver for Fidelity Bank
The applicant further states that:

1.      (Indicate one of the following)

_____        Applicant is the creditor named in the above case and states that
no other application for this claim has been submitted by or at the
request of the creditor

_____        Applicant is the duly authorized representative for the business or
corporation named as the creditor. Applicant has reviewed all
records of the creditor and states that no other application for this
claim has been submitted by or at the request of this creditor. An
Affidavit of Creditor is attached and made part of this application.

__X____        Applicant is either a family member of the deceased creditor or a
successor in interest to the individual or business named as the
creditor. An original "power of attorney" conforming to the official
Bankruptcy Form and/or other supporting documents which
indicated the applicants' entitlement to this claim is attached and
made part of this application.

2.      Applicant has made sufficient inquiry and has no knowledge that this claim has
been previously paid, that any other application for this claim is currently

pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

Page 2 of 2

Application for Payment from Unclaimed Funds

Respectfully submitted this _6th_ day of _March_ 2014

FDIC as Receiver for Fidelity Bank
**Name of creditor**

_Signature of Applicant_ ~~F~ FDIC~~

Carl T. Maxwell, III
**Name and Title of Applicant**

FDIC as Receiver for Fidelity Bank
**Company Name**

P.O. Box 971774, Fund 10432
**Street Address**

Dallas, TX 75397-1774
**City and State**

(972) 761-8099
**Telephone number**

38-3127130
**Tax Identification**

**Social Security Number**

14-1, 14-2, 14-3
**Claim Number**

# UNITED STATE BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re: Jeffrey S. Siegel and
     Sheila Siegel

Case No. <u>10-78281-PJS</u>

Chapter  7

## AFFIDAVIT OF CLAIMANT

I, <u>The FDIC as Receiver for Fidelity Bank</u>, do hereby state that I am the claimant to the unclaimed funds released in this application and that I am, to the best of my knowledge, the legal owner of these funds.

Mailing address:      <u>Federal Deposit Insurance Corporation (FDIC)</u>

                              <u>P.O. Box 971774, Fund 10432</u>

                              <u>Dallas, TX 75397-1774</u>

Phone number:      <u>(972) 761-8099</u>

Social security number <u>**NA**</u>

If claimant is a corporation, the federal tax ID number <u>38-3127130</u>

     1.     Claimant History: Substantiate claimant's right to the claim; i.e. if the payment is to an individual, include a copy of driver's license or state identification card. If a corporation, include purchase agreements regarding the right to ownership. Attached are certified copies of all necessary documentation.

     2. I (or the company which I represent) neither have previously received remittance for this claim nor contracted with any other party other than the person

Affidavit of Claimant

I declare under penalty of perjury that the foregoing copy is true and correct.

Dated: _3/6/14_                                    _C. Magill, Cause for_
                                                   Signature of Claimant  _FDIC_

Sworn to and Subscribed before me this
_6_ day of _March_          20 _14_

_Stephanie W. Sibley_
NOTARY PUBLIC AT LARGE
STATE OF _Texas_

STEPHANIE W. SIBLEY
Notary Public, State of Texas
My Commission Expires
June 22, 2016

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re: Jeffrey S. Siegel and
     Sheila Siegel

Case No. 10-78281-PJS

Chapter 7

## PROOF OF SERVICE

I, the undersigned, hereby certify that on the 7th day of March

20 14 , a copy of the Application for Payment From Unclaimed Funds by the FDIC as

Receiver for Fidelity Bank _____ was served on the

United States Attorney for the Eastern District of Michigan at the following address:

        U.S. Attorney for the Eastern District of Michigan
        Attn.: Civil Division-Financial Litigation
        211 West Fort Street, Suite 2001
        Detroit, MI 48226-3211

Dated: 3/7/2014

By: _Rocelyn Mendenhall_

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In re: Jeffrey S. Siegel and
   Sheila Siegel

Case No. 10-78281-PJS

Chapter  7

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

   Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

   **IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit to

FDIC as Receiver for Fidelity Bank _____, the sum of

Thirteen Thousand Six Hundred Forty-Seven _____ dollars ($ 13,647.50 ), of unclaimed

funds held in the U.S. Treasury.

_____
United States Bankruptcy Judge

Dated: _____

Katherine B. Gullo, Clerk
U.S. Bankruptcy Court

By: _____
   Deputy Clerk